452 A.2d 555

In re Property of Anvil.

Appeal of Anvil, Inc.
Reargument Denied Nov. 29, 1982.

Submitted June 21, 1982. Richard D. Abbott, for appellant; Maurice M. Green, for participating party.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The order of the learned Chester County Common Pleas Court Judge Lawrence E. Wood is affirmed.

452 A.2d 41

Krippendorff, Appellant v. Krippendorff.

Argued March 31, 1982. Charles C. Shainberg, for appellant, Mary Cushing Doherty, for appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge James L. Stern is affirmed.